IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GALLERIA LOOP NOTE HOLDER, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>TIG ROMSPEN US MASTER MORTGAGE, LP, <br><br>    Defendant. <br><br>_____ <br><br>JOHN PATRICK LOWE, CHAPTER 11 TRUSTEE, <br><br>    Intervenor. | § § § § § § § § § § § § § § § § § § § | CASE NO. 25-03608 |

**ORDER ON EMERGENCY MOTION FOR CONTINUANCE OF (1) MOTION TO REMAND AND (2) MOTION TO TRANSFER**

On consideration of the Emergency Motion for Continuance of (1) Motion to Remand and (2) Motion to Transfer (the "Motion"), filed by Plaintiff Galleria Loop Note Holder, LLC ("Plaintiff"), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

1

ORDERED that the Plaintiff's Motion is granted as set forth herein; and it is

FURTHER ORDERED that the hearing on the Motion to Transfer [ECF No. 2] and the Motion to Remand [ECF No. 8] shall be continued from September 23, 2025 to the date and time set forth above.

###

SUBMITTED
**Respectfully submitted,
By: /s/ *Justin Rayome*
JUSTIN RAYOME
SBN: 24130709
1001 West Loop South, Suite 700
Houston, Texas 77027
214-934-9345
Justin.rayome.law@gmail.com
**Reviewed and approved for signing and filing from treatment center